# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MARGARET VAN HAELEN

VERSUS

MATTHEW SONDAG, KATY SONDAG
AND FEDERATED NATIONAL
INSURANCE COMPANY

NO.  2019 CW 1430

**FEBRUARY 4, 2020**

---

In Re:   Matthew Sondag, Katy Sondag, and Federated National
         Insurance Company, applying for supervisory writs,
         22nd Judicial District Court, Parish of St. Tammany,
         No. 2018-14977.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

   **WRIT DENIED.**

                        **VGW**
                        **JMG**
                        **WJB**


COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment
of the Louisiana Supreme Court.